3
PETER B. BUNTING #124104
Attorney at Law
2304 W Shaw Ave Ste 103
Fresno CA 93711
Telephone: 559.226.4030
Facsimile: 559.226.4148
Email: info@peterbbuntinglaw.com

Attorney for Debtors WHITE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| In re<br><br>CLAYTON DOUGLAS WHITE and<br>KIMBERLY KRISTINE WHITE,<br><br><br><br><br><br><br>Debtors. | Chapter 13<br>Case No. 20-10547B-13F<br>DC No. PBB-1<br><br>HEARING<br>Date: April 15, 2020<br>Time: 9:30 a.m.<br>Dept: B<br>Ctrm: 13 (5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br><br>HONROABLE RENÉ LASTRETO, II |

**MOTION FOR CONFIRMATION OF CHAPTER 13 PLAN**

The Debtors, Clayton Douglas White and Kimberly Kristine White, (hereinafter referred to as "Debtors"), hereby move this Court for an Order confirming the Chapter 13 Plan.

The Debtors hereby move this Court for an Order approving the Chapter 13 Plan for the following reasons:

1. Clayton Douglas White and Kimberly Kristine White are the Debtors in the

case number 20-10547.

2. Debtors filed their Chapter 13 case on February 17, 2020 to stop a pending foreclosure sale against their residence. At the time the case was filed only a skeletal of the case was prepared.

3. On or about February 27, 2020 Debtors Amended Notice of Chapter 13 Bankruptcy Case was issued without the Debtors' Chapter 13 Plan.

4. On March 2, 2020 Debtors filed their Chapter 13 Plan. Debtors are now asking that the Plan be confirmed.

5. Debtors first Plan payment will come due March 25, 2020 in the amount of $6,000.00 per month.

6. Debtors have two mortgage loans. The first Deed of Trust held by Mr. Cooper will be paid through the Plan in Class 1. Debtors' 2nd Deed of Trust has been listed as a direct pay.

7. Filed concurrently herewith as Exhibit "A" is a copy of Debtors' Chapter 13 Plan which sets forth the terms of their Plan and treatment of creditors. Debtors' Plan provides for unsecured creditors to receive 47 percent.

8. In this Chapter 13 Plan the payments are as follows: $6,000.00 per month for 60 months.

9. Filed concurrently herewith as Exhibit "B" are copies of Debtors' Schedule I and J as filed on March 2, 2020. Debtors' Schedule J reflects that Debtors have enough disposable income to make their required plan payment.

10. The Debtors hereby moves this court to confirm the Chapter 13 Plan, which

was served on Michael H. Meyer, all creditors and all interested parties and is filed concurrently herewith.

      11. The Chapter 13 Plan complies with applicable law.

      12. Any fees or charges required by Chapter 123 of Title 28 of the U.S. Code have been paid.

      13. The Plan is proposed in good faith and is not by any means forbidden by law. The Petition was filed in good faith. The Debtors have been in this bankruptcy case for less than one month and intends to complete this modified Plan.

      14. Unsecured creditors will receive 47 percent which is more than what they would receive in the event of a Chapter 7 liquidation. The general unsecured creditors would receive $35,811.43 under the Chapter 7 liquidation analysis. Debtors have listed all assets in Schedule A and B and believes the values remain the same, if not less.

      15. As required by section 1325(a)(5)(B), the Plan provides that all secured creditors retain their lien on their collateral until the secured claim is paid or until the creditors accepts surrender of their collateral. All secured creditors have either accepted the Plan, will be allowed to collect and dispose of the collateral via surrender thereof, or will be paid the value of their collateral pursuant to terms of the Plan. This Plan does not require any motions to value.

      16. The Debtors do not have on-going domestic support obligation.

17. The Debtors have filed all applicable tax returns which have become due for the last four years.

Based on the foregoing, Debtor respectfully request that the Court confirm the Chapter 13 Plan.

Dated: **MAR 1 1 2020**

_____
PETER B. BUNTING
Debtor(s) Attorney